**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SIGNS AND SAFETY DEVICES, LLC.Y, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C., <br><br> Petitioners, <br> v. <br><br> AMERICAN SITEWORK, LLC. <br><br> Respondent. | HON. CHRISTINE P. O'HEARN, U.S.D.J. <br> CIVIL ACTION NO.: 23-1387 <br><br> **ORDER TO WITHDRAW AND DISMISS THE MOTION AND PETITION TO CONFIRM ARBITRATION AWARD AGAINST AMERICAN SITEWORK, LLC.** |

This matter having been opened to the Court by Zazzali, Fagella, Nowak, Kleinbaum & Friedman, counsel for Petitioners, on Petitioner's motion and application to withdraw its Motion and Petition to Confirm the Arbitration Award dated **February 23, 2023** against **American Sitework, LLC.,** and the Court having considered the reasons for the withdrawal of the application, pursuant to Fed. R. Civ. P. 78, and for other good cause shown;

IT IS on this 5th day of May, 2023;

ORDERED that the Motion and Petition for application to Confirm the Arbitration Award entered against **American Sitework, LLC.**, is hereby withdrawn and dismissed without prejudice.

*/s/ Christine P. O'Hearn*
CHRISTINE P. O'HEARN